# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 20, 2019

## NO. 03-17-00865-CV

**Louise H. Chabot, Appellant**

**v.**

**The Estate of John Edward Sullivan, Deceased;
Michael E. Deadman, Temporary Administrator; and John S. Young, Appellees**

## APPEAL FROM THE COUNTY COURT AT LAW NO. 1 OF TOM GREEN COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND KELLY
## AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on September 12, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.